IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BILLY D. SCHIMMEL,
    Petitioner,

vs.                                      Case No.: 3:13cv22/MCR/EMT

MICHAEL D. CREWS,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 30, 2013 (doc. 5). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The court has made a de novo determination of any timely filed objections (*see* doc. 6).

Having considered the Report and Recommendation, and any objections thereto timely filed, the court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This habeas action is **DISMISSED** for lack of jurisdiction.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 18th day of February, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**